UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
------------------------------------------------------------------------x   Case No.: **1-19-45676-nhl**

In Re:

In Proceeding for

EDWARD MILLINGTON

Chapter 7

                                  Debtor(s)
-------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I caused the following documents to be served upon all parties as listed below:
- **LOSS MITIGATION REQUEST**
- **PROPOSED ORDER OF LOSS MITIGATION**

      I further certify that on November 22, 2019, I caused a true, complete and correct copy of the Proceeding to be served via first class mail, postage prepaid and / or electronic mail, upon the parties listed below:

BG Apartments LLC
40-14 72nd Street, Suite B
Woodside, NY 11377

**Trustee Lori Lapin Jones**
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014


Date: Kew Gardens, New York
      November 22, 2019

                                                    /s/ Btzalel Hirschhorn, Esq.
                                                   BTZALEL HIRSCHHORN, ESQ.
SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP
*Attorneys for Debtor*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
Tel: (718) 263-6800
Fax: (718) 520-9401
Email: Bhirschhorn@abzlaw.com