Jule Rousseau
Eric Adam Biderman
ARENT FOX LLP
1675 Broadway
New York, NY  10019
(212) 484-3900

*Attorneys for Arnold Young*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

       HERMAN SEGAL,

                        Debtor.

      Chapter 7

      Case No. 13-45519 (NHL)

---------------------------------------------------------x

## **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that Arnold Young, by and through his counsel, Arent Fox LLP, hereby appears in the above-captioned case and requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and e-mail addresses:

                ARENT FOX LLP
                Jule Rousseau
                Eric Adam Biderman
                1675 Broadway
                New York, NY 10019
                Telephone:  (212) 484-3900
                Facsimile:  (212) 484-3990
                jule.rousseau@arentfox.com
                eric.biderman@arentfox.com

      PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application,

complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Arnold Young: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) to have a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to assert any other rights, claims, actions, setoffs, defenses, or recoupments to which Arnold Young is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Arnold Young expressly reserves.

Dated: New York, New York  
September 4, 2014

ARENT FOX LLP

*Attorneys for Arnold Young*

By:     */s/ Jule Rousseau*  
Jule Rousseau  
Eric Adam Biderman  
1675 Broadway  
New York, NY 10019  
(212) 484-3900