**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Tower Capital Management, LLC as
Servicer for NYCTL 2014-A Trust and The Bank of New
York as Collateral Agent and Custodian
105 Maxess Road, Suite N109
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Shari S. Barak, Esq.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Herman Segal,

           Debtor.

CHAPTER 7

CASE NO. 13-45519-nhl

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Tower Capital Management, LLC as Servicer for NYCTL 2014-A Trust and The Bank of New York as Collateral Agent and Custodian, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: March 17, 2015

Respectfully Submitted,

_____
Shari S. Barak, Esq.
Managing Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for Tower Capital Management, LLC as
Servicer for NYCTL 2014-A Trust and The Bank of
New York as Collateral Agent and Custodian
105 Maxess Road, Suite N109
Melville, NY 11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

CHAPTER 7

In re:

CASE NO. 13-45519-nhl

Herman Segal,

Debtor.

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  )ss:
COUNTY OF NASSAU COUNTY )

I, Christina Valenzuela, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Nassau County, New York.

On **3/18**, 2015 I served the within Notice of Appearance upon:

TO: Debtor
Herman Segal
4115 Quentin Road
Brooklyn, NY 11234

Trustee
Richard E. O'Connell
Yost & O'Connell
24-44 Francis Lewis Boulevard
Whitestone, NY 11357

*U.S. Trustee*
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street/Suite 1006
New York, NY 10014

Clerk of Court
US Bankruptcy Court, EDNY
271-C Cadman Plaza East /Suite 1500
Brooklyn, NY 11201

15-040916 - BK01

the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                  _____
                                                                  Christina Valenzuela
                                                                  Bankruptcy Paralegal

Sworn to before me this
18th day of March, 2015

_____
Notary Public

ROSS STEVEN MATRAY
Notary Public, State of New York
No. 01MA6309731
Qualified in Nassau County
Commission Expires 08/18/2018

15-040916 - BK01

ROSS STEVEN MAT[illegible]
Notary Public, State of New York
No. 01MA[illegible]
Qualified in [illegible] County
Commission [illegible]