MENDEL ZILBERBERG & ASSOCIATES, P.C.
4405 17th Avenue
Brooklyn, New York 11204
Telephone (718) 256-2000
Mendel Zilberberg, Esq.
E-mail: mz@amalgamail.com
Samuel Karpel, Esq.
E-mail: skarpel@amalgamail.com

*Attorneys for Parkway Starlight, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

    HERMAN SEGAL,

              Debtor.

Chapter 7

Case No. 13-45519 (NHL)

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Parkway Starlight, LLC, by and through its undersigned counsel, hereby enters a notice of appearance pursuant to 11 U.S.C. § 1109 and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that Parkway Starlight, LLC hereby requests, pursuant to Bankruptcy Rule 2002 that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address, telephone number and facsimile number indicated:

    Mendel Zilberberg, Esq.
    Samuel Karpel, Esq.
    Mendel Zilberberg & Associates, P.C.
    4405 17th Avenue
    Brooklyn, New York 11204
    Telephone (718) 256-2000

Facsimile (718) 256-7900
E-mail: mz@amalgamail.com
E-mail: skarpel@amalgamail.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, email, Internet, or otherwise filed or made with regard to the above-captioned cases, that affects or seeks to affect in any way any rights or interests of any party in interest in these cases with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that Parkway Starlight, LLC intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive (i) Parkway Starlight, LLC's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) Parkway Starlight, LLC's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding, (iii) Parkway Starlight, LLC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defense, setoffs, or recoupments to which Parkway Starlight, LLC is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Eastern District of New York over Parkway Starlight, LLC, all of which rights, claims, actions, defense, setoffs, and recoupments Parkway Starlight, LLC expressly reserves.

Dated: Brooklyn, New York
      November 25, 2015

                MENDEL ZILBERBERG & ASSOCIATES, P.C.
                *Attorneys for Plaintiff Parkway Starlight, LLC*

                    /s/ Samuel Karpel
By: _____
                Samuel Karpel
                4405 17th Avenue
                Brooklyn, New York 11204
                Telephone (718) 256-2000
                Facsimile (718) 256-7900
                E-mail: skarpel@amalgamail.com