U.S. BANKRUPTCY COURT
E.D.N.Y.
--------------- - - - - - - - - - - - - - - - - - - - -x
In re:
HERMAN SEGAL, Debtor   Case # 13-45519 (nhl)
--------------- - - - - - - - - - - - - - - - - - - - -x
Richard O'Connell as Trustee
                Plaintiff,   NOTICE OF APPEARANCE
      -against-
567 Warren St. LLC, et. al   Adv. #15-1135
             Defendants.
----------------- - - - - - - - - - - - - - - - - - - - -x

    PLEASE TAKE NOTICE, that the undersigned attorney appears on behalf of defendants 567 Warren St. LLC and 565 Warren St. LLC, and reserves the right to raise all defendants, and demands notification of all proceedings and service of all papers on the undersigned.

                                _____S/_____
Dated: December 28, 2015   JON A. LEFKOWITZ, Esq. (JAL 7768)
       New York, NY

                                1222 Ave. M, Suite 204
                                Brooklyn, NY  11230
                                (718) 692-0459