ch7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2016 AUG 26 A 10: 51

RECEIVED

Case No. 13-45519-NHL
Chapter 7

**In re:**

**HERMAN SEGAL,**

      Debtor.

_____/

## REQUEST FOR SERVICE

**Creditor, Miami-Dade County Tax Collector, through the Miami Dade County Paralegal Unit**, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade County Tax Collector, to the attention of the Paralegal Unit.

I hereby certify that a true and correct copy of the foregoing has been sent by U.S. Mail this 25st day of August, 2016, to:  Debtor Pro Se 4115 Quentin Rd, Brooklyn, NY 11234
Richard E O'Connell, Trustee P.O. Box 405, 150-12 14 Ave, Whitestone, NY 11357
Attorney for Trustee
Michael R. Dal Lago, Dal Lago Law, 999 Vanderbilt Beach Rd, Suite 22, Naples, FL 34108
 Maeghan McLoughlin, Esq., Klestadt Winters Jureller Southard & Stevens, LLP
 200 West 41 St 17th Floor, New York, NY 10036-7203 212-972-2245 Fax, email
 mmcloughlin@klestadt.com

                                              Marcus L. Saiz De La Mora,
                                              Tax Collector
                                              Miami-Dade County, FL

                                              By: /s/ April Burch
                                                 April Burch
                                              Paralegal Collection Specialist
                                              Miami-Dade County Paralegal Unit
                                              200 NW 2nd Ave-4th Floor #430
                                              Miami, Florida 33128
                                               (305) 375-5314 Fax (305) 375-4601