UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| IN RE:<br><br>**Herman Segal,**     Debtor | Chapter 7<br><br>Case No **13-45519**<br>**NOTICE OF APPEARANCE AND**<br>**REQUEST FOR SERVICE OF PAPERS** |
|---|---|

PLEASE TAKE NOTICE that the firm DAVIDSON FINK LLP is appearing for the following

party in the above named bankruptcy case:

**Bank of America, N.A.**

This party is a party in interest in

**Herman Segal**

Debtor  Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that

all notices given or requested to be given and all papers served or required to be served in this case be

given to and served upon the undersigned at the address listed above.

Dated: March 1, 2017

                DAVIDSON FINK LLP
                Attorneys for Secured Creditor

      By:    /s/ SCOTT A. SYDELNIK, ESQ.
                  SCOTT A. SYDELNIK, ESQ.
                  28 EAST MAIN STREET, SUITE 1700
                  ROCHESTER, NY 14614