Leo Fox, Esq.
630 Third Avenue
18th Floor
New York, New York 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: | Chapter 7 |
| HERMAN SEGAL, | Case No. 13-45519 (NHL) |
| Debtor. | |

---------------------------------------------------------------X

| | |
|---|---|
| RICHARD E. O'CONNELL, as Chapter 7 Trustee of the Estate of Herman Segal, | Adv. Proc. No. 15-01135 |
| Plaintiff, | |
| 567 WARREN ST. LLC, 565 WAREEN ST. LLC, OMEGA CAPITAL SMALL CAP FUND LTD., OMEGA VENTURE CAPITAL LTD., OMEGA VENTURE CAPITAL II LLC, OMEGA VENTURE CAPITAL III LLC, OMEGA VENUTRE CAPITAL IV LLC, OMEGA VENTURE CAPITAL V LLC, OMEGA VENTURE CAPITAL VI LLC, CORNEGA ROCKAWAY HOLDINGS LLC, PENNS LANDING OMEGA CORP., CENTURION SETTLEMENTS, LLC, a/k/a CENTURION SETTLEMENTS LTD., and JOHN AND JANE DOE CORPORATIONS, | |
| Defendant(s). | |

---------------------------------------------------------------X

**NOTICE OF APPEEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

*NOTICE OF HEREBY GIVEN* pursuant to § 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Leo Fox, Esq. appear as counsel for 565 Warrant St. LLC and 567 Warren St. LLC.

***NOTICE IS FURTHER GIVEN*** that pursuant to Bankruptcy Rules 2002 and 9010(b), the undersigned requests that all notices given or required to be given in the above-captioned Chapter 7 case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed and designed, and to Creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> Leo Fox, Esq.
> 630 Third Avenue
> 18th Floor
> New York, New York 10017
> Tel. (212) 967-9595
> Fax. (212) 949-1857
> leofox1947@aol.com

***NOTICE IS FURTHER GIVEN*** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, or otherwise, that affect the above-captioned Debtor or Debtor-in-Possession or the property of such Debtor or Debtor's estate.

Dated: New York, New York
       May 31, 2017

By:   */s/ Leo Fox*
      Leo Fox, Esq.
      630 Third Avenue – 18th Floor
      New York, New York 10017
      Tel.: (212) 867-9595
      Fax: (212) 949-1857
      leofox1947@aol.com