UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                    Chapter 7

Herman Segal,                                                  Case No. 13-45519 (NHL)
                       Debtor.
---------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned now hereby appears as counsel for Martin Weinberger, the son of the decedent, Cilya Weinberger, and a direct beneficiary of Cilya Weinberger ILIT #1 and Cilya Weinberger ILIT #2 in the above captioned bankruptcy case and requests as provided in Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

>GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP
>1501 Broadway, 22nd Floor
>New York, New York 10036
>Attn: Kevin J. Nash, Esq.
>Attn: J. Ted Donovan, Esq.
>Tel. (212) 221-5700
>Fax: (212) 221-6532
>E-mail: KNash@GWFGLaw.com
>E-mail: TDonovan@GWFGLaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filed of made with regard to the above captioned case, that

affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

Dated: New York, New York
       June 20, 2017

                                        Goldberg Weprin Finkel Goldstein, LLP
                                        *Counsel for Martin Weinberger*
                                        1501 Broadway, 22nd Floor
                                        New York, New York 10036
                                        (212) 221-5700

                                        By:    /s/ Kevin J. Nash, Esq.