UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:                                                                  Case No. 13-45519-nhl

Herman Segal,                                                           Chapter 7

                Debtor.
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Ocwen Loan Servicing, LLC, as servicer for U.S. Bank National Association, as Trustee, Successor In Interest to Wachovia Bank, National Association, as Trustee for MASTR Alternative Loan Trust 2003-7 Mortgage Pass Through Certificates, Series 2003-7 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michael Samuels, Esq.**
**RAS BORISKIN LLC**
**900 MERCHANTS CONCOURSE**
**WESTBURY, NY 11590**

Dated: February 15, 2018
       Westbury, NY

                                    RAS BORISKIN, LLC
                                    Attorney for Secured Creditor
                                    900 Merchants Concourse
                                    Westbury, NY 11590
                                    Phone: (516) 280-7675
                                    Fax:   (516) 280-7674

                                    By: /s/ Michael Samuels
                                    Michael Samuels, Esquire
                                    Email: msamuels@rasboriskin.com

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on February 16, 2018, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Herman Segal
4115 Quentin Road
Brooklyn, NY 11234

Richard E. O'Connell
Yost & O'Connell
24-44 Francis Lewis Boulevard
Whitestone, NY 11357

Michael R Dal Lago
Dal Lago Law
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108

Maeghan McLoughlin
Klestadt Winters Jureller Southard
& Stevens, LLP
200 West 41st Street
17th Floor
New York, NY 10036-7203

Christopher J Reilly
Kledstadt Winters Jureller Southard
and Stevens, LLP
200 West 41st Street
17th Floor
New York, NY 10036-7203

Fred Stevens
Klestadt Winters Jureller Southard &
 Stevens, LLP
200 West 41st Street
17th Floor
New York, NY 10036-7203

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Dated: February 15, 2018
       Westbury, NY

                                        RAS BORISKIN, LLC
                                        Attorney for Secured Creditor
                                        900 Merchants Concourse
                                        Westbury, NY 11590
                                        Phone: (516) 280-7675
                                        Fax:   (516) 280-7674

                                        By: /s/ Michael Samuels
                                        Michael Samuels, Esquire
                                        Email: msamuels@rasboriskin.com