Peter R. Silverman, Esq.
Donald F. Schneider, Esq.
SILVERMAN SHIN & BYRNE PLLC
*Attorneys for Defendant Chun Peter Dong*
Wall Street Plaza
88 Pine Street, 22nd Floor
New York, New York 10005
(212) 779-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Herman Segal,<br><br>      Debtor.<br>------------------------------------------------------------<br>Richard E. O'Connell, as Chapter 7 Trustee of the Estate of Herman Segal,<br><br>      Plaintiff,<br><br>   -against-<br><br>11-45 Ryerson Holdings, LLC, Chaim Miller a/k/a Harry Miller, Sam Sprei a/k/a Shimmy Sprei, Ryerson Equity, LLC, Chun Peter Dong, and Bo Jin Zhu,<br><br>      Defendants. | Case No. 1-13-45519 (NHL)<br><br>Chapter 7<br><br><br>Adv. Pro. No. 1-15-01205 (NHL) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
BY SILVERMAN SHIN & BYRNE PLLC ON BEHALF OF
<u>DEFENDANT CHUN PETER DONG</u>**

**PLEASE TAKE NOTICE** that Peter R. Silverman of Silverman Shin & Byrne PLLC appears as counsel for Defendant Chun Peter Dong in the above-captioned bankruptcy case. Peter R. Silverman requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon him at the office, address and telephone number set forth below, and that he be added to the mailing matrix on file

490869

with the Clerk of the Bankruptcy Court as follows:

> Peter R. Silverman, Esq.
> Silverman Shin & Byrne PLLC
> Wall Street Plaza
> 88 Pine St., 22nd Fl.
> New York, NY 10005
> Phone: (212) 779-8600
> Fax: (212) 779-8858
> Email: psilver@silverfirm.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       June 29, 2018

> **SILVERMAN SHIN & BYRNE PLLC**
>
> By: /s/ Peter R. Silverman
>     Peter R. Silverman
>     *Attorneys for Defendant Chun Peter Dong*
>     Wall Street Plaza
>     88 Pine Street, 22nd Fl.
>     New York, NY 10005
>     Tel: (212) 779-8600
>     E-mail: psilver@silverfirm.com

490869