UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN DIVISION)
-----------------------------------------------------------------x                Case No. 13-45519-nhl
IN RE: Herman Segal,

                                                      Chapter 7

NOTICE OF MOTION FOR RELEIF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE A DECLARATORY JUDGEMENT THAT THERE IS NO STAY IN EFFECT WITH RESPECT TO THE DEBTOR'S OCCUPANCY AT THE PREMISES KNOWN AS 4115 QUENTIN ROAD, BROOKLYN, NEW YORK

                                                  Debtor
-----------------------------------------------------------------x

**<u>NOTICE OF MOTION FOR AN ORDER GRANTING DECLARATORY RELIEF THAT THERE IS NO STAY IN EFFECT WITH RESPECT TO THE DEBTOR'S OCCUPANCY AT THE PREMISES KNOWN AS 4115 QUENTIN ROAD, BROOKLYN, NEW YORK, OR IN THE ALTERNATIVE, MODIFYING THE AUTOMATIC STAY TO PERMIT APPLICANT TO EXECUTE ON AN EVICTION JUDGEMENT</u>**

**PLEASE TAKE NOTICE** that upon the application dated September 24, 2019, (the "Application"), Interested Party Quentin Manor, LLC, by its attorneys, Shiryak, Bowman, Anderson Gill, & Kadochnikov, LLP, shall move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge in the Courtroom located at the United States Bankruptcy Court for the Eastern District of New York, located at 271C Cadman Plaza East, Courtroom 3577, Brooklyn, New York 11201, **on October 10, 2019 at 2:00pm**, or as soon thereafter as counsel may be heard, for entry of an order pursuant to 11 U.S.C. §§362(a)(1)&(c)(2)(C), for a declaratory judgement confirming that there is no stay in effect with respect to the Debtor's occupancy at the premises known as 4115 Quentin Road, Brooklyn, New York, ("Subject Property"), or in the alternative, relief from the automatic stay to permit Quentin Manor to

execute on a warrant of eviction removing Debtor from the Subject Property, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief herein requested shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court and served upon, the undersigned counsel for the Applicant by **the return date** and upon any other person whose nterests would be affected if the objection is sustained.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court;

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: Kew Gardens, New York
October 3, 2019

    /s/ Btzalel Hirschhorn, Esq_____
Btzalel Hirschhorn, Esq.
Shiryak.Bowman, Anderson, Gill & Kadochnikov, LLP
80-02 Kew Gardens Rd., Ste. 600
Kew Gardens, NY 11415
718-263-6800
Counsel for Quentin Manor, LLC